Thomas Johnson as administrator of the estate of George
Johnson, deceased, Appellant, v. Reuben Turner and
Hettie Turner, and Ellen Johnson, Vinetta Johnson,
Edward Johnson, Wittie Johnson and George Johnson,
minors, by their next friend Reuben Turner, Appellees.

### Division B.

Appeal from Circuit Court, Alachua county; William
S. Bullock, Judge.

Evans Haile for appellant.

J. M. Rivers for appellees.

The bill in this cause was filed by the appellees against
the appellant. There was decree for the complainants, and
the defendant appeals. The decree is affirmed.

Decision *Per Curiam.*